(COB #229 Less1500NoNoticeNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Thomas B. McNamara

In re:

    Jordan David Jago

Debtor(s)

Case No.: 23-13571-TBM
Chapter: 7

SSN/TID Nos. xxx-xx-0599

### ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### (NET PROCEEDS $1,500 OR LESS: COMPENSATION AND REIMBURSEMENT OF EXPENSES $1,000 OR LESS)

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice to all creditors not being required, pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f), and the Court having duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    ORDERED that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated: 8/22/25

BY THE COURT:

s/ Thomas B. McNamara
United States Bankruptcy Judge